UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| STEPHEN EARL ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-01471-AMM-NAD |
| BILLY J. MURRAY, Sheriff, et al., | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 15, 2025, recommending the motion for summary judgment, filed by defendants Billy J. Murray, Greg Walker, Phillip Barnard, John Kitchens, Lonzo Williams, Tony Glanze, Daniel Gaither, Kayden Ward, and Ashley Cain, be construed as a motion to dismiss, and so construed, be granted. Doc. 35. The magistrate judge notified the parties of their right to file objections to the report and recommendation within fourteen days, *id.* at 21–22, but that time has expired without any objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation. The court finds that the motion for summary judgment, Doc. 29; Doc. 30, construed as a motion to

dismiss, is due to be granted. Accordingly, the court shall **ORDER** that the defendants' construed motion to dismiss, Doc. 29; Doc. 30, be **GRANTED,** and this action be **DISMISSED WITHOUT PREJUDICE**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 18th day of February, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE